UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA JOHNSON, | ) | CIV. 04-4186-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| GATEWAY, INC., a corporation, and DAVID REZNICEK, an individual, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

This action was tried by a jury with Chief Judge Karen Schreier presiding, and the jury has rendered a verdict. It is

ORDERED that plaintiff recover nothing, the action be dismissed on the merits, and the defendants recover costs from the plaintiff.

Dated December 11, 2007.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE